JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>OMP, INC., et al.,<br><br>　　　　Defendants. | CASE NO. CV 11-04209-MWF (JCx)<br><br>**JUDGMENT IN FAVOR OF THIRD-PARTY DEFENDANT FEDERAL INSURANCE COMPANY** |

　　　　Pursuant to Rules 54(a) and (b) and 58(b)(1)(C) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment on the merits be entered in favor of Third-Party Defendant FEDERAL INSURANCE COMPANY, and against Third-Party Plaintiffs OMP INC. and OBAGI MEDICAL PRODUCTS, INC., and that Third-Party Plaintiffs take nothing; and that Third-Party Defendant FEDERAL INSURANCE COMPANY be entitled to recover its costs from the Third-Party Plaintiffs in accordance with Local Rule 54.

　　　　In so ordering, the Court expressly determines that there is no just reason for delaying the entry of judgment in favor of Third-Party Defendant FEDERAL

1  INSURANCE COMPANY and that entry of judgment is proper and warranted
2  under Federal Rule of Civil Procedure 54(b).

Dated: November 7, 2012

_____
MICHAEL W. FITZGERALD
United States District Court Judge